OPINION — AG — ** OPTICIAN — QUALIFICATION ** SO FAR SAID 1953 ACT IS CONCERNED, IT IS 'NOT' UNLAWFUL FOR A DISPENSING OPTICIAN TO MAKE " REPAIRS TO EYE GLASSES ", AS THAT TERM IS USED IN THE 59 O.S. 942 [59-942], WITHOUT A PRESCRIPTION (OR A DUPLICATE OR A PRESCRIPTION) ISSUED BY SUCH A LICENSEE. (TREATMENT, VISION, GLASSES, FRAMES) CITE: 59 O.S. 942 [59-942] (FRED HANSEN)